# UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF ARKANSAS
### WESTERN DIVISION

**ROBERT MARTIN**                                                                                       **PLAINTIFF**

**VS.**                                          **NO. 5:07CV000189 JMM**

**AGRICULTURAL PRODUCTIVITY**
**D/B/A AG PRO OF DEWITT, ARKANSAS**                                          **DEFENDANT**

### ORDER

On November 26, 2007 defendant filed a Motion to Compel plaintiff to respond to written discovery sent to him on October 15, 2007.  Plaintiff has not responded to the Motion to Compel.

The motion is granted (#10) and plaintiff is directed to respond to defendant's First Set of Interrogatories and Request for Production within 10 days of this Order.

IT IS SO ORDERED this   12    day of December, 2007.

_____
James M. Moody
United States District Judge