IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

**ROBERT MARTIN**                                                                                       **PLAINTIFF**

VS.                          CASE NO.  5:CVO7000189 JMM

**AGRICULTURAL PRODUCTIVITY**
**D/B/A AG PRO OF DEWITT, AR**                                                      **DEFENDANT**

## ORDER

Plaintiff's unopposed Motion to Dismiss pursuant to F.R.C.P. 41 is granted (#12).  The complaint is dismissed without prejudice and the Clerk of the Court is directed to close the case.

IT IS SO ORDERED THIS  17  day of    December   , 2007.

_____
James M. Moody
United States District Judge